## UNITED STATES v. NICHOLAS GAL

**No. 6022.**—Invoices dated Teningen, Germany, April 18, 1936, etc.
Certified April 22, 1936, etc.
Entered at New York, N. Y., May 5, 1936, etc.
Entry No. 835935, etc.

### Third Division, Appellate Term

(Decided June 5, 1944)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellant.

*Eugene R. Pickrell* (*Eugene R. Chase* of counsel) for the appellee.

Before CLINE, KEEFE, and EKWALL, Judges

CLINE, Judge: This is an application for review of the decision of the trial court in *Nicholas Gal* v. *United States*, Reap. Dec. 5948, covering 7 appeals to reappraisement which were consolidated for trial. ·

The parties entered into a stipulation before this Division agreeing, subject to the approval of the court, that the cases shall be remanded to the trial judge for further consideration.

In conformity with the terms of the stipulation, the cases are hereby remanded to the court below for a new trial.